JOHN A. PIET
Nevada Bar No. 11717
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
777 N. Rainbow Blvd., Ste. 390
Las Vegas, Nevada 89107
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>TIMOTHY LEE PITTSENBARGER<br><br>Debtor,<br><br>———————————————<br><br>TRACY HOPE DAIS, UNITED STATES TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>TIMOTHY LEE PITTSENBARGER<br><br>Defendant. | Case No.: BK-S-11-11624 LED<br>Chapter 7<br><br>Adversary No.: 15-01051 LED<br><br>**ANSWER TO COMPLAINT TO DETERIMINE DISCHARGEABILITY OF DEBT: U.S.C. § 727(a)(4)(A) AND §727(c) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 4004** |

COMES NOW, Debtor/Defendant, TIMOTHY LEE PITTSENBARGER, by and through his attorney, JOHN A. PIET of the law firm of PIET & WRIGHT, and hereby submits his Answer to the Complaint as follows, to-wit:

1. Answering paragraphs 1, 3-14, 16-18, 20, 22-23, 25-31, 33-35, and 39-40, Debtor/Defendant ADMITS each and every allegation contained therein.

2. Answering paragraphs 2, 15, 19, 32, 36-38, AND 41-55, Debtor/Defendant DENIES each and every allegation contained therein.

1

3. Answering paragraph 9, Debtor/Defendant ADMITS IN PART AND DENIES IN PART the allegations contained therein, and on that bases DENIES the same.

WHEREFORE, Debtor/Defendant, TIMOTHY LEE PITTSENBARGER, prays that the Complaint filed be dismissed and for such other and further relief the Court deems just and equitable in these premises.

Respectfully submitted,

PIET & WRIGHT

By: /s/      John A. Piet          .
JOHN A. PIET
Nevada Bar No. 11717
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
777 N. Rainbow Blvd., Ste. 390
Las Vegas, Nevada 89107
*Attorney for Debtor*

2