NVB 5075 (Rev. 6/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>TIMOTHY LEE PITTSENBARGER ,<br>                              Debtor(s) | BK−11−11642−led<br>CHAPTER 7<br><br>Adversary Proceeding: 15−01051−led |
| TRACY HOPE DAVIS, et al,<br>                              Plaintiff(s)<br><br>vs<br><br>TIMOTHY LEE PITTSENBARGER, et al,<br>                              Defendant(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *22* – Notice of Appearance and Request for Notice with Certificate of Service Filed by JEFFREY R. HALL on behalf of TIMOTHY LEE PITTSENBARGER (HALL, JEFFREY) |
| Filed On: | 10/17/16 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* The case number is incorrect on the PDF. Please file an amended pleading or file it in the correct case immediately.

Dated: 10/18/16

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**