Jeffrey R. Hall (9572)
Sean L. Africk (13438)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
jhall@hutchlegal.com
safrick@hutchlegal.com

*Attorney for Debtor/Defendant*
*Timothy Lee Pittsenbarger*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>TIMOTHY LEE PITTSENBARGER<br><br>Debtor<br><br>TRACY HOPE DAIS, UNITED STATES TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY LEE PITTSENBARGER<br><br>Defendant. | CASE NO: BK-S-11-11642-led<br>Chapter 7<br><br>Adversary No: 15-01051-led<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned law firm of Hutchison & Steffen, LLC enters an appearance in this case on behalf of Debtor, Timothy Lee Pittsenbarger ("Pittsenbarger"). Request is made that any notices, documents, or pleadings of any nature be served upon Pittsenbarger through service on the

/ / /

/ / /

/ / /

/ / /

/ / /

1 undersigned counsel.

2    Dated this 17th day of October, 2016.

HUTCHISON & STEFFEN, LLC

*/s/ Jeffrey R. Hall*

_____
Jeffrey R. Hall (9572)
Sean L. Africk (13438)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorney for Debtor/Defendant*
*Timothy Lee Pittsenbarger*

- 2 -

**CERTIFICATE OF SERVICE**

1. On the 18th day of October, 2016, I served the following document:

    **NOTICE OF APPEARANCE**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a. [✓]  ECF System

    Athanasios E. Agelakopoulos, Esq. on behalf of plaintiff, US Trustee - Tracy Hope Davis; athanasios.agelakopoulos@usdoj.gov

    b.  [✓] United States mail, postage fully prepaid to:

    Athanasios E. Agelakopoulos, Esq.
    United States Dept. of Justice
    Office of the United States Trustee
    300 Las Vegas Blvd So., Ste. 4300
    Las Vegas, NV 89101

    */s/ Kaci Chappuis*
    _____
    An Employee of Hutchison & Steffen, LLC

- 3 -